IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON S. ROBERTS,

    Petitioner,

v.                         3:13cv82-WS/EMT

SECRETARY OF FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 25, 2013. See Doc. 24. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as untimely. The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 24) is hereby ADOPTED and incorporated by reference into this order.

    2. The respondent's motion to dismiss (doc. 17) is GRANTED.

    3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as untimely.

3. The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

4. A certificate of appealability shall not issue.

DONE AND ORDERED this __2nd__ day of ___January___, 2014.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE